Appeal No. 12-14-00040-CR

IN THE

Twelfth Court Of Appeals

Tyler, Texas



FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 14 2015

TYLER TEXAS
PAM ESTES, CLERK

Lawrence K. Walker Jr.
Pro Se Defendant, Appellant

vs.

State Of Texas,
Appellee

Motion For Out of Time Extension of Time

Comes now, Lawrence K. Walker Jr., appellant pro se, & respectfully moves the court to extend the deadline for filing his brief by Thirty (30) days pursuant to Rule 38.6 (d)

I.

The Appellant was convicted by a jury on January 31, 2014 for the offense of Indecency With A Child in the 114th District Court in trial cause no. 114-1268-13. A sentence was assessed by the jury at 20 years in TDCJ.

II.

September 8, 2015, Appellant brief was due. Appellant was unable to meet the deadline for the following reasons: limited access to unit law library; no formal legal education; short staff; (lockdown); & Holiday that just passed. These circumstances has effected the appellant's time to file brief. Appellant was notified that the court said no more extensions will be entertained. This if granted, should be the last time. Appellant is doing the best he can with what he has.

Due to TDCJ Rules appellant does not have free will to law library. This is a very valuable asset for pro se defendant.

## III

Appellant prays that the Court understands & grants this out of time motion for time extension, & to extend the time to file Appellant's Pro Se brief by thirty (30) days from due date; in the interest of justice.

Respectfully Submitted,

September 10, 2015

Lawrence K. Walker Jr.
Appellant Pro Se
TDCJ-ID #1913570
Smith Unit
1313 CR 19
Lamesa, Texas 79331

I, Lawrence K. Walker Jr., declare under penalty of perjury, that the foregoing is true & correct; & further certify that a true & correct copy has been served upon Michael West, Asst. District Attorney, 100 N. Broadway Ave, 4th Fl, Tyler, Tx 75702 by placing in the Smith Unit / TDCJ Prison Mail System on the 10th day of September.

Lawrence K. Walker Jr